640 A.2d 847

IN THE MATTER OF RICHARD B. GIRDLER,
AN ATTORNEY AT LAW.

May 16, 1994.

## ORDER

The Disciplinary Review Board having filed a report with the Court, recommending that **RICHARD B. GIRDLER** of **MORRISTOWN**, who was admitted to the bar of this State in 1972, be publicly reprimanded for violating *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate) and *RPC* 1.5(c) (failure to obtain a signed contingent fee agreement), and respondent having previously been privately reprimanded for similar violations, and good cause appearing;

It is ORDERED that the report and recommendation of the Disciplinary Review Board are adopted and **RICHARD B. GIRDLER** is hereby publicly reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Ethics Financial Committee for appropriate administrative costs incurred in the prosecution of this matter.